UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URANGESELLSCHAFT MBH,<br><br>                          Petitioner,<br><br>        v.<br><br>NYNCO TRADING LTD.,<br><br>                          Respondent. | 23-CV-7713 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Additionally, by **October 26, 2023**, Petitioner is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether there have been further communications with the Respondent, and (2) whether Petitioner intends to move for default judgment or to voluntarily dismiss this case. The letter shall not exceed two (2) pages.

    SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                                      DALE E. HO
                                            United States District Judge