UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URANGESELLSCHAFT MBH,<br><br>                      Petitioner,<br><br>       v.<br><br>NYNCO TRADING LTD.,<br><br>                      Respondent. | 23-CV-7713 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On August 30, 2023, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **November 13, 2023**. Respondent's opposition, if any, is due on **December 4, 2023**. Petitioners' reply, if any, is due **December 11, 2023**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **November 13, 2023**, and shall file an affidavit of such service with the court no later than **November 14, 2023**.

SO ORDERED.

Dated: October 27, 2023
       New York, New York

                                              DALE E. HO
                                              United States District Judge