UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URANGESELLSCHAFT MBH,

                      Petitioner,

v.

NYNCO TRADING LTD.,

                      Respondent..

23-CV-7713 (DEH)

ORDER

DALE E. HO, United States District Judge:

    The Court entered its Opinion and Order dated April 4, 2024 ("Opinion and Order") granting UG's Petition. *See* ECF No. 20. On April 12, 2024, Petitioner filed a proposed final judgment. *See* ECF No. 21. By **April 18, 2024**, Petitioner shall file a declaration detailing the amount of time spent on the case, the rate charged by counsel, and any additional detail concerning the proposed attorney's fees.

    SO ORDERED.

Dated: April 15, 2024
       New York, New York

                                            DALE E. HO
                                    United States District Judge