UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URANGESELLSCHAFT MBH,<br><br>Petitioner,<br><br>v.<br><br>NYNCO TRADING LTD.,<br><br>Respondent. | 23 Civ. 7713 (DEH) |

### [PROPOSED] AMENDED JUDGMENT CONFIRMING ARBITRATION AWARD

**WHEREAS**, pursuant to 9 U.S.C. §§ 9 and 207, Petitioner Urangesellschaft mbH ("UG") filed a Petition to Confirm Final Arbitral Award (the "Petition") [ECF No. 1] supported by the Affirmation of Anthony M. Candido with Exhibits [ECF No. 1];

**WHEREAS**, On October 27, 2023, the Court set a briefing schedule for Petitioner's submission of any additional materials in support of the Petition, Nynco's opposition, and Petitioner's reply [ECF No. 18];

**WHEREAS**, Petitioner served Nynco with the Petition, supporting materials, and the briefing schedule [ECF No. 19] and Nynco did not oppose the Petition and neither moved for vacatur nor otherwise sought relief from the Award; and

**WHEREAS**, the Court entered its Opinion and Order dated April 4, 2024 ("Opinion and Order") [ECF No. 20] granting UG's Petition;

**WHEREAS**, the Court entered Judgment Confirming Arbitration Award [ECF 24] on April 19, 2024 and the amount of pre-judgment interest can now be specifically calculated and amounts expressed in Euros converted to U.S. dollars;

**IT IS HEREBY ORDERD, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order, Judgment is hereby entered in favor of Petitioner Urangesellschaft mbH and against Respondent Nynco Trading Ltd.:

(i) Recognizing and confirming the Final Award in the Arbitration between Urangesellschaft GmbH (Germany) and Nynco Trading LTD. (U.S.A), ICC No. 23069/GR ("Final Award") ¶ 12 [ECF No. 5-1];

(ii) Entering judgment in favor of Petitioner Urangesellschaft mbH and against Respondent Nynco Trading Ltd. in the amounts of (i) $5,945,662.71 plus $1,719,368.69 (representing statutory 9% interest on from February 1, 2021 (the date of the Final Award) to April 19, 2024);

(iii) Entering judgment in favor of Petitioner Urangesellschaft mbH and against Respondent Nynco Trading Ltd. in the amounts of $122,535.96 plus $35,434.98 (representing statutory 9% interest on from February 1, 2021 (the date of the Final Award) to April 19, 2024); and

(iv) Entering judgment in favor of Petitioner Urangesellschaft mbH and against Respondent Nynco Trading Ltd. in the amount of $50,000.00 in respect of Petitioner's attorneys' fees and other expenses incurred in connection with this action.

The Clerk of Court is respectfully directed to close ECF No. 25.

Dated: April 26, 2024
New York, New York

_____
DALE E. HO
United States District Judge